ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA, INC.,

    Plaintiff,

v.

DIGITAL TECHNOLOGY LICENSING LLC,

    Defendant.

Civil Action No. 07 CV 10436

**PLAINTIFF MOTOROLA, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Motorola, Inc. certifies that there is no parent corporation and no publicly held corporation that owns 10% or more of the stock of Motorola, Inc.

Dated: November 19, 2007

Respectfully submitted,

John M. Desmarais (JD 6460)
Jon T. Hohenthaner (JH 1000)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800 (telephone)
(212) 446-4900 (facsimile)
jdesmarais@kirkland.com
jhohenthaner@kirkland.com

**OF COUNSEL:**

Russell E. Levine, P.C.
Paul D. Collier
Michael I. Cohen
KIRKLAND & ELLIS LLP
200 E. Randolph Dr.
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
rlevine@kirkland.com
pcollier@kirkland.com
micohen@kirkland.com

*Attorneys for Plaintiff Motorola, Inc.*