Steven L. Procaccini
Charles P. Kennedy
Stephen F. Roth
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Tel:   908.654.5000
Fax:   908.654.7866

*Attorneys for Defendant Digital Licensing Technology LLC*

**Document Filed Electronically**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MOTOROLA, INC., | : | |
| Plaintiff, | : | Civil Action No. 07-10436 (CLB)(GAY) |
| v. | : | |
| DIGITAL TECHNOLOGY LICENSING LLC, | : | District Judge Charles L. Brieant |
| Defendant. | : | |
| DIGITAL TECHNOLOGY LICENSING LLC, | x | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| SPRINT NEXTEL CORPORATION, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and T-MOBILE USA, INC. | : | |
| Third-Party Defendants. | : | |
| | x | |

# RULE 7.1 DISCLOSURE STATEMENT OF
# DEFENDANT DIGITAL TECHNOLOGY LICENSING LLC

829395_1.DOC

2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant certifies that Digital Technology Licensing LLC is a privately held company without parent corporations and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:    908.654.7866
E-mail:  sprocaccini@ldlkm.com
           litigation@ldlkm.com
*Attorneys for Plaintiff Digital Technology Licensing LLC*

Dated:  December 10, 2007        By:    /s/ Steven L. Procaccini
                                        Steven L. Procaccini

2

829395_1.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the following documents:

1. DTL'S ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM, AND THIRD-PARTY COMPLAINT

2. RULE 7.1 DISCLOSURE STATEMENT

is being served upon the following counsel of record this 10th day of December, 2007, as follows:

**VIA ECF TRANSMISSION**

    John M. Desmarais (JD 6460)
    Jon T. Hohenthaner (JH 1000)
    KIRKLAND & ELLIS LLP
    153 East 53rd Street
    New York, NY 10022-4611
    Tel: 212.446.4800
    Fax: 212.446.4900
    E-Mail: jdesmarais@kirkland.com
             jhohenthaner@kirkland.com

    OF COUNSEL:

    Russel E. Levine, P.C.
    Paul D. Collier
    Michael I. Cohen
    KIRKLAND & ELLIS LLP
    200 E. Randolph Dr.
    Chicago, Illinois 60601
    Tel: 312.861.2000
    Fax: 312.861.2200
    E-Mail: rlevine@kirkland.com
             pcollier@kirkland.com
             micohen@kirkland.com

    *Attorneys for Plaintiff Motorola, Inc.*

                                        /s/ Steven Procaccini
                                           Steven Procaccini

                                                        DTL 6.0-006
                                             Civil Action No. 07-cv-10436