*LLK*
*Brieant, J.*

DEC 07 2007
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA, INC.

          Plaintiff,

- against -

DIGITAL TECHNOLOGY LICENSING LLC

          Defendant.

Case No.: 07 CV 10436 (CLB)

ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

*pd 25.00 fee
6 34638*

    Upon the motion of Jon T. Hohenthaner attorney for Motorola Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants Name: | Paul D. Collier |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 E. Randolph Dr. |
| City / State / Zip: | Chicago, IL 60601 |
| Telephone / Fax: | 312-861-2471 |
| Email Address: | pcollier@kirkland.com |

is admitted to practice *pro hac vice* as counsel for Motorola Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December 7, 2007
~~New York, New York~~ White Plains, New York

✓ SO ORDERED:

_____
United States District Judge
Hon. Charles L. Brieant, U.S.D.J.