UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC.,<br><br>     Plaintiff,<br><br>- against -<br><br>DIGITAL TECHNOLOGY LICENSING LLC,<br><br>     Defendant. | Case No.: 07 CV 10436<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff Motorola, Inc.

I certify that I am admitted to practice in this court.

Dated:  January 2, 2008

             _____
             Russell E. Levine, P.C.
             KIRKLAND & ELLIS LLP
             200 E. Randolph Drive
             Chicago, IL  60601
             Telephone: (312) 861-2466
             Facsimile: (312) 861-2200

             *Attorneys for Plaintiff*