Ira E. Silfin (IS 6550)
Richard S. Mandaro (RM 2602)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Third-Party Defendant*
*T-Mobile USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

| | |
|---|---|
| MOTOROLA, INC., | Civil Action No: 07-CV-10436 (CLB)(GAY) |
| Plaintiff, | |
| v. | Honorable Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | ECF Case |
| Defendant. | |
| DIGITAL TECHNOLOGY LICENSING LLC, | **NOTICE OF APPEARANCE** |
| Third-Party Plaintiff, | |
| v. | |
| SPRINT NEXTEL CORPORATION, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and T-MOBILE USA, INC., | |
| Third-Party Defendants. | |

---------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Third-Party Defendant, T-Mobile USA, Inc.

387942.1

I certify that I am admitted to practice in this Court.

Dated:    January 4, 2008

_____
Richard S. Mandaro (RM 2602)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York  10016
Telephone:  (212) 336-8000
Facsimile:  (212) 336-8001
RMandaro@arelaw.com

*Attorneys for Third-Party Defendant*
*T-Mobile USA, Inc.*