Ira E. Silfin (IS 6550)
Richard S. Mandaro (RM 2602)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Third-Party Defendant*
*T-Mobile USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

MOTOROLA, INC.,

    Plaintiff,

v.

DIGITAL TECHNOLOGY LICENSING LLC,

    Defendant.

DIGITAL TECHNOLOGY LICENSING LLC,

    Third-Party Plaintiff,

v.

SPRINT NEXTEL CORPORATION, CELLCO
PARTNERSHIP d/b/a VERIZON WIRELESS,
and T-MOBILE USA, INC.,

    Third-Party Defendants.

---------------------------------x

: Civil Action No: 07-CV-10436
: (CLB)(GAY)
:
: Honorable Charles L. Brieant
:
: ECF Case
:
:
:
: **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Third-Party Defendant, T-Mobile USA, Inc.

387940.1

-2-

I certify that I am admitted to practice in this Court.

Dated:   January 7, 2008

_____
Ira E. Silfin (IS 6550)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York  10016
Telephone:  (212) 336-8000
Facsimile:  (212) 336-8001
ISilfin@arelaw.com

*Attorneys for Third-Party Defendant*
*T-Mobile USA, Inc.*