Ira E. Silfin (IS 6550)
Richard S. Mandaro (RM 2602)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Third-Party Defendant
T-Mobile USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | |
|---|---|
| MOTOROLA, INC., | Civil Action No: 07-CV-10436 (CLB)(GAY) |
| Plaintiff, | |
| v. | Honorable Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | ECF Case |
| Defendant. | |
| DIGITAL TECHNOLOGY LICENSING LLC, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER** |
| Third-Party Plaintiff, | |
| v. | |
| SPRINT NEXTEL CORPORATION, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and T-MOBILE USA, INC., | |
| Third-Party Defendants. | |

------------------------------x

WHEREAS, Defendant/Third-Party Plaintiff Digital Technology Licensing LLC ("DTL") has filed a Third-Party Complaint against T-Mobile USA, Inc. ("T-Mobile");

WHEREAS, Third-Party Defendant T-Mobile has requested an extension of time to answer, move or otherwise plead in response to the Third-Party Complaint to allow

387943.1

the additional time necessary to evaluate more fully the allegations of the Third-Party Complaint and its responses to those allegations;

IT IS HEREBY STIPULATED by DTL and T-Mobile, subject to the approval of the Court, that T-Mobile has until February 6, 2008, to answer, move or otherwise plead in response to the Third-Party Complaint. By executing this Stipulation, T-Mobile does not waive any defenses under Federal Rule of Civil Procedure 12(b).

Respectfully submitted,

Dated: January 4, 2008

LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP

By: _____
Steven L. Procaccini
Charles P. Kennedy
Stephen F. Roth
*Attorneys for Defendant/Third-Party Plaintiff Digital Licensing Technology LLC*

Dated: January 4, 2008

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: _____
Ira E. Silfin (IS 6550)
Richard S. Mandaro (RM 2602)
*Attorneys for Third-Party Defendant T-Mobile USA, Inc.*

SO ORDERED. January 7, 2008

_____
UNITED STATES DISTRICT JUDGE

387943.1                                2