Stanley S. Zinner
58 South Service Road, Suite 410
Melville, New York 11747
Tel:   631.414.7730
Fax:   631.414.7732

Stephen F. Roth
Orville R. Cockings
Steven L. Procaccini
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Tel:   908.654.5000
Fax:   908.654.7866

*Attorneys for Defendant Digital Licensing Technology LLC*

**Document Filed Electronically**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | : |
| | : |
| Plaintiff, | : Civil Action No. 07-10436 (CLB)(GAY) |
| v. | : District Judge Charles L. Brieant |
| | : |
| DIGITAL TECHNOLOGY LICENSING LLC, | : |
| | : |
| Defendant.   x | |
| DIGITAL TECHNOLOGY LICENSING LLC, | : |
| | : |
| Third-Party Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SPRINT NEXTEL CORPORATION, | : |
| CELLCO PARTNERSHIP d/b/a VERIZON | : |
| WIRELESS, and T-MOBILE USA, INC. | : |
| | : |
| Third-Party Defendants.   x | |

**NOTICE OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST
SPRINT NEXTEL CORPORATION,
<u>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND T-MOBILE USA</u>**

838044_1.DOC

Third-party plaintiff Digital Technology Licensing LLC ("DTL"), having filed third-party claims against third-party defendants Sprint Nextel Corporation ("Sprint/Nextel"), Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), and T-Mobile USA ("T-Mobile"); and none of said third-party defendants having filed an answer or motion for summary judgment; and DTL intending to pursue its causes of action against those parties in previously filed cases presently pending in the District of New Jersey; it is therefore plead that;

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, DTL hereby dismisses its third-party claims in the within action against Sprint/Nextel, Verizon Wireless, and T-Mobile without prejudice.

      LERNER, DAVID, LITTENBERG,
       KRUMHOLZ & MENTLIK, LLP
      600 South Avenue West
      Westfield, NJ 07090-1497
      Tel:   908.654.5000
      Fax:  908.654.7866
      E-mail:  sprocaccini@ldlkm.com
               litigation@ldlkm.com
      *Attorneys for Plaintiff Digital Technology Licensing LLC*

Dated: January 10, 2008      By:   s/ Steven L. Procaccini
                                            Steven L. Procaccini

**OF COUNSEL:**
Stanley S. Zinner, Esq.
58 South Service Road, Suite 410
Melville, New York 11747
Tel:   631.414.7730
Fax:  631.414.7732
E-mail:  szinner@zinnerassociates.com

2

838044_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the following documents:

1. NOTICE OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST SPRINT NEXTEL CORPORATION, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND T-MOBILE USA

is being served upon the following counsel of record this 10th day of January, 2008, as follows:

**VIA ECF TRANSMISSION**

> John M. Desmarais (JD 6460)
> Jon T. Hohenthaner (JH 1000)
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY 10022-4611
> Tel: 212.446.4800
> Fax: 212.446.4900
> E-Mail: jdesmarais@kirkland.com
>         jhohenthaner@kirkland.com

OF COUNSEL:

> Russel E. Levine, P.C.
> Paul D. Collier
> Michael I. Cohen
> KIRKLAND & ELLIS LLP
> 200 E. Randolph Dr.
> Chicago, Illinois 60601
> Tel:  312.861.2000
> Fax:  312.861.2200
> E-Mail:  rlevine@kirkland.com
>          pcollier@kirkland.com
>          micohen@kirkland.com

*Attorneys for Plaintiff Motorola, Inc.*

                                    s/  Steven Procaccini
                                    Steven Procaccini

                                              DTL 6.0-006
                                    Civil Action No. 07-cv-10436

838098_1.DOC