# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3904
barryrsatine@jonesday.com

JP761862:kw
925367-105-160

January 4, 2008

**VIA FACSIMILE**

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

*[Handwritten annotation in left margin: Application Granted SO ORDERED January 7, 2008 /s/ Charles Brieant USDJ]*

Re: Motorola, Inc. v. Digital Technology Licensing
LLC v. Sprint Nextel Corporation, No. 07-cv-10436 (CLB) (GAY)

Dear Judge Brieant:

We represent Sprint Nextel Corporation, which was named as a third-party defendant in this case in a pleading filed by defendant Digital Technology Licensing LLC on December 10, 2007. We first learned by a telephone call we received from our client this morning that they had been served with this third-party complaint on December 17, 2007, making their answer due on January 7, 2008.

Under these circumstances, we are writing to request an extension of time of 21 days (i.e., until January 28, 2008) for Sprint Nextel Corporation to respond to the third-party complaint of Digital Technology Licensing LLC in this case. Counsel for Digital Technology Licensing LLC and for Motorola, Inc. have consented to this extension.

Respectfully,

Barry R. Satine

cc: Stephen F. Roth, Esq.
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
(counsel for Digital Technology Licensing LLC) (via fax)

Paul D. Collier, Esq.
Kirkland & Ellis LLP
(counsel for Motorola, Inc.) (via fax)

James L. Wamsley, Esq.
Jones Day

CLI-1581134v1
ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JAN-04-2008  16:00            212-755-7306              90%              P.02