*Brieant, F*

Stanley S. Zinner
58 South Service Road, Suite 410
Melville, New York 11747
Tel:   631.414.7730
Fax:  631.414.7732

Stephen F. Roth
Orville R. Cockings
Steven L. Procaccini
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Tel:   908.654.5000
Fax:  908.654.7866

*Attorneys for Defendant Digital Licensing Technology LLC*

**Document Filed Electronically**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | : |
|         Plaintiff, | : Civil Action No. 07-10436 (CLB)(GAY) |
| v. | : District Judge Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | : |
|         Defendant. | x |
| DIGITAL TECHNOLOGY LICENSING LLC, | : |
|         Third-Party Plaintiff, | : |
| v. | : |
| SPRINT NEXTEL CORPORATION, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and T-MOBILE USA, INC. | : |
|         Third-Party Defendants. | x |

**NOTICE OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST
SPRINT NEXTEL CORPORATION,
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AND T-MOBILE USA**

838044_1.DOC

Third-party plaintiff Digital Technology Licensing LLC ("DTL"), having filed third-party claims against third-party defendants Sprint Nextel Corporation ("Sprint/Nextel"), Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), and T-Mobile USA ("T-Mobile"); and none of said third-party defendants having filed an answer or motion for summary judgment; and DTL intending to pursue its causes of action against those parties in previously filed cases presently pending in the District of New Jersey; it is therefore plead that;

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, DTL hereby dismisses its third-party claims in the within action against Sprint/Nextel, Verizon Wireless, and T-Mobile without prejudice.

LERNER, DAVID, LITTENBERG,<br>
 KRUMHOLZ & MENTLIK, LLP<br>
600 South Avenue West<br>
Westfield, NJ 07090-1497<br>
Tel:   908.654.5000<br>
Fax:  908.654.7866<br>
E-mail: sprocaccini@ldlkm.com<br>
          litigation@ldlkm.com<br>
*Attorneys for Plaintiff Digital Technology Licensing LLC*

Dated: January 10, 2008        By: _____  1/30/08
                                   Steven L. Procaccini

**OF COUNSEL:**
Stanley S. Zinner, Esq.
58 South Service Road, Suite 410
Melville, New York 11747
Tel:  631.414.7730
Fax:  631.414.7732
E-mail: szinner@zinnerassociates.com

So ORDERED:

2

*[handwritten signature]*
U.S.D.J.
dated: January 31, 2008

838044_1.DOC