UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA, INC.

                      Plaintiff,

    - against -

DIGITAL TECHNOLOGY LICENSING LLC

                      Defendant.

Case No.:    07 CV 10436

ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Jon T. Hogenthaner attorney for Motorola Inc. and said sponsor attorney's affidavit of support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants Name: | Aaron B. Goodman |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 200 E. Randolph Dr. |
| City / State / Zip: | Chicago, IL 60601 |
| Telephone / Fax: | 312-861-2124 |
| Email Address: | agoodman@kirkland.com |

is admitted to practice *pro hac vice* as counsel for Motorola Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February 21, 2008
New York, New York

_____
United States District Judge

## CERTIFICATE OF SERVICE

       I, Joseph J. Cali, the undersigned, certify under penalty of perjury, that on February 12, 2008, I caused a true and correct copy of the attached Notice of Motion for the *Pro Hac Vice* admission of Aaron B. Goodman, with supporting Affidavit of Jon T. Hohenthaner, with attachments thereto, and proposed order, to be served by overnight mail upon:

Stephen F. Roth
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497


Dated: February 12, 2008

_____
Joseph J. Cali