# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Michael I. Cohen
To Call Writer Directly:
312-469-7011
micohen@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312-660-0406

February 25, 2008

**VIA FEDERAL EXPRESS**

Honorable Judge Charles L. Brieant
United State District Judge for the Southern
District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
Fax: (914) 390-4085

    Re:    *Motorola, Inc. v. Digital Technology Licensing LLC*, Civil Action No. 07-10436

Dear Judge Brieant:

    I write on behalf of Motorola, Inc. and respectfully request that the Court approve and enter the parties' agreed Protective Order, enclosed with this letter and also sent to the Clerk via email, in the above captioned case.

    The parties in this litigation seek discovery of information that is highly confidential and commercially sensitive in nature. For instance, the parties, in their respective initial discovery requests served on January 18, 2008, seek confidential information such as license agreements, product design documentation, sensitive financial information and other information eligible for protection under Federal Rule 26(c)(1)(G). Motorola and DTL, as such, have conferred and agreed that the enclosed Protective Order is both desirable and appropriate to protect the confidentiality of information exchanged in this case. Accordingly, Motorola submits the parties' agreed Protective Order for the Court's approval and respectfully requests that the Court enter the agreed Protective Order pursuant to Federal Rule 26(c).

    As always, please do not hesitate to contact me with any questions or concerns.

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

# KIRKLAND & ELLIS LLP

Honorable Judge Charles L. Brieant
February 25, 2008
Page 2

Very truly yours,

*/s/ Michael I. Cohen*

Michael I. Cohen

Enclosure

cc:     Clerk of the United States District Court for the Southern District of New York, White Plains Courthouse (via email)
       Steven L. Procaccini, Esq.
       (Counsel of record for Defendant Digital Technology Licensing LLC) (via email)