fee paid $25.00 E 644839

ORIGINAL

Stanley S. Zinner
58 South Service Road, Suite 410
Melville, NY 11747
Tel: 631.414.7730
Fax: 631.414.7732

Stephen F. Roth
Jonathan A. David
Steven L. Procaccini
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Defendant Digital Technology Licensing LLC*

FILED
U.S. DISTRICT COURT
2008 MAR 20 P 1:03
S.D. OF N.Y. W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | |
| Plaintiff, | Civil Action No. 07-10436 (CLB)(GAY) |
| v. | District Judge Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | **NOTICE OF MOTION TO ADMIT AARON S. ECKENTHAL TO PRACTICE *PRO HAC VICE*** |
| Defendant/Counterclaimant. | |

TO: Michael I. Cohen, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: ____________

858712_1.DOC

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before The Honorable Charles L. Brieant at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an associate in the firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP and a member in good standing of the Bar of the State of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to defendant Digitial Technology Licensing LLC. There are no pending disciplinary proceedings against Aaron S. Eckenthal in any state or federal court.

Respectfully submitted,

(SP 1044)

Steven L. Procaccini
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
*Attorneys for Defendant Digital Technology Licensing LLC*
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

Stanley S. Zinner
58 South Service Road, Suite 410
Melville, NY 11747
Tel: 631.414.7730
Fax: 631.414.7732

Stephen F. Roth
Jonathan A. David
Steven L. Procaccini
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Defendant Digital Technology Licensing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | Civil Action No. 07-10436 (CLB)(GAY) |
| Plaintiff, | District Judge Charles L. Brieant |
| v. | |
| DIGITAL TECHNOLOGY LICENSING LLC, | **AFFIDAVIT OF STEVEN L. PROCACCINI IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*** |
| Defendant/Counterclaimant. | |

I, STEVEN L. PROCACCINI, being duly sworn depose and state as follows:

1. I am an associate with Lerner, David, Littenberg, Krumholz & Mentlik, LLP, located at 600 South Avenue West, Westfield, New Jersey 07090-1497.

2. I was admitted to the New Jersey State Court and New York State Court Bars in 2003, and the United States District Court for the Southern District of New York in 2004.

3. I am a member in good standing of each of the aforementioned Bars.

4. Aaron S. Eckenthal is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey.

5. Mr. Eckenthal has never been denied admission or disciplined by this Court or any other court.

6. WHEREFORE your affiant respectfully submits that Mr. Eckenthal be permitted to appear as counsel and advocate *pro hac vice* in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March, 13, 2008

By: ______________ (SP 1044)
Steven L. Procaccini

Stanley S. Zinner
58 South Service Road, Suite 410
Melville, NY 11747
Tel: 631.414.7730
Fax: 631.414.7732

Stephen F. Roth
Jonathan A. David
Steven L. Procaccini
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Defendant Digital Technology Licensing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | Civil Action No. 07-10436 (CLB)(GAY) |
| Plaintiff, | District Judge Charles L. Brieant |
| v. | |
| DIGITAL TECHNOLOGY LICENSING LLC, | **AFFIDAVIT OF AARON S. ECKENTHAL IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR *PRO HAC VICE*** |
| Defendant/Counterclaimant. | |

I, AARON S. ECKENTHAL, being duly sworn, depose and state as follows:

1. I am an associate in the law firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I request that this Honorable Court grant the attached motion admitting me *pro hac vice* before this Honorable Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/13/08

Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
*Attorneys for Defendant Digital Technology Licensing LLC*
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

Subscribed and sworn to before me this 13th day of March, 2008.

Notary Public

NATALIE L. BARNEY
A Notary Public of New Jersey
My Commission Expires February 24, 2009

# Supreme Court of New Jersey




# Certificate of Good Standing

This is to certify that **AARON S ECKENTHAL** (No. **031192006**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 2006** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **10TH** day of **March**, 20**08**

Clerk of the Supreme Court

-453a-

Stanley S. Zinner
58 South Service Road, Suite 410
Melville, NY 11747
Tel: 631.414.7730
Fax: 631.414.7732

Stephen F. Roth
Jonathan A. David
Steven L. Procaccini
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Defendant Digital Technology Licensing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | Civil Action No. 07-10436 (CLB)(GAY) |
| Plaintiff, | |
| v. | District Judge Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | **[Proposed] ORDER GRANTING AARON S. ECKENTHAL ADMISSION TO APPEAR *PRO HAC VICE*** |
| Defendant/Counterclaimant. | |

The motion for admission to appear *pro hac vice* of Aaron S. Eckenthal in the above-captioned matter is granted. The admitted attorney Aaron S. Eckenthal is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office.

When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

**SO ORDERED:**

Dated:______________________________
White Plains, NY

____________________________________
Charles L. Brieant, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the following documents:

1. NOTICE OF MOTION TO ADMIT AARON S. ECKENTHAL TO PRACTICE *PRO HAC VICE*;

2. AFFIDAVIT OF STEVEN L. PROCACCINI IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*,

3. AFFIDAVIT OF AARON S. ECKENTHAL IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR *PRO HAC VICE*, with Supreme Court Of New Jersey Certificate Of Good Standing For Aaron S. Eckenthal; and

4. [Proposed] ORDER GRANTING AARON S. ECKENTHAL ADMISSION TO APPEAR *PRO HAC VICE*,

is being served upon the following counsel of record this 13th day of March, 2008, as follows:

**VIA FIRST-CLASS MAIL**
Michael I. Cohen, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

*Attorneys for Plaintiff Motorola, Inc.*

(SP 1044)
Steven L. Procaccini

DTL 6.0-006
Civil Action No. 07-10436 (CLB) (GAY)