**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTOROLA, INC., ) | |
| ) | Civil Action No. 07-10436 (CLB) (GAY) |
| Plaintiff, Counter-Defendant, ) | District Judge Charles L. Brieant |
| ) | |
| v. ) | Magistrate Judge George A. Yanthis |
| ) | |
| DIGITAL TECHNOLOGY LICENSING LLC, ) | |
| ) | ECF Case |
| ) | Document Filed Electronically |
| Defendant, Counter-Plaintiff. ) | |

**MOTOROLA'S NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND ITS**
**COMPLAINT AND REPLY TO DTL'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that, upon the attached Declaration of Paul D. Collier, dated March 21, 2008 and the documents attached thereto, and the accompanying memorandum in support dated March 21, 2008, Plaintiff Motorola, Inc. ("Motorola") will move before the Honorable Charles L. Brieant, Judge of the United States District Court for the Southern District of New York, at Courtroom 218 of the United States Courthouse, 300 Quarropas Street, White Plains, NY, 10601-4150, on Friday, April 11, 2008 at 10:00 a.m., for an order granting Motorola leave to amend its pleadings pursuant to Federal Rule of Civil Procedure 15(a). This unopposed Motion is brought within the time period that the Court set in its Scheduling Order for amending the pleadings. *See* Docket Entry 28 (setting the deadline as March 21, 2008).

Dated: March 21, 2008

Respectfully submitted,
/s/ Michael I. Cohen

Russell E. Levine, P.C. (RL2466)
Paul D. Collier
Michael I. Cohen
KIRKLAND & ELLIS LLP
200 E. Randolph Dr.
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
rlevine@kirkland.com
pcollier@kirkland.com
micohen@kirkland.com

John M. Desmarais, P.C. (JD6460)
Jon T. Hohenthaner (JH1000)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
(212) 446-6466 (telephone)
(312) 660-0766 (facsimile)
jdesmarais@kirkland.com
jhohenthaner@kirkland.com

*Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTOROLA'S NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND REPLY TO DTL'S COUNTERCLAIMS** was served on counsel of record as listed below via electronic mail on March 21, 2008:

*Attorneys for Defendant Digital Technology Licensing LLC*

Steven L. Procaccini, Esq.
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: (908) 518-6373
Fax: (908) 654-7866
sprocaccini@ldlkm.com

/s/ Michael I. Cohen

*Attorney for Plaintiff Motorola, Inc.*