IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC. | ) |
| | ) |
| Plaintiff, Counter-Defendant, | ) Civil Action No. 07-10436 (CLB) (GAY) |
| | ) |
| v. | ) District Judge Charles L. Brieant |
| | ) |
| | ) Magistrate Judge George A. Yanthis |
| DIGITAL TECHNOLOGY LICENSING LLC, | ) |
| | ) |
| Defendant, Counter-Plaintiff. | ) ECF Case |
| | Document Filed Electronically |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Counter-Plaintiff, Digital Technology Licensing LLC.

I certify that I am admitted to practice in this court.

March 24, 2008
Date

Signature

Orville R. Cockings         OC2956
Print Name                  Bar Number

600 South Avenue West
Address

Westfield        NJ          07090
City             State       Zip Code

(908) 654-5000              (908) 654-7866
Phone Number                Fax Number

862158_1.DOC