MEMO ENDORSED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., ) | Civil Action No. 07-10436 (CLB) (GAY) |
| ) | |
| Plaintiff, Counter-Defendant, ) | District Judge Charles L. Brieant |
| ) | |
| v. ) | Magistrate Judge George A. Yanthis |
| ) | |
| ) | |
| DIGITAL TECHNOLOGY LICENSING LLC, ) | |
| ) | ECF Case |
| ) | Document Filed Electronically |
| Defendant, Counter-Plaintiff. ) | |

## MOTOROLA'S NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND REPLY TO DTL'S COUNTERCLAIMS

PLEASE TAKE NOTICE that, upon the attached Declaration of Paul D. Collier, dated March 21, 2008 and the documents attached thereto, and the accompanying memorandum in support dated March 21, 2008, Plaintiff Motorola, Inc. ("Motorola") will move before the Honorable Charles L. Brieant, Judge of the United States District Court for the Southern District of New York, at Courtroom 218 of the United States Courthouse, 300 Quarropas Street, White Plains, NY, 10601-4150, on Friday, April 11, 2008 at 10:00 a.m., for an order granting Motorola leave to amend its pleadings pursuant to Federal Rule of Civil Procedure 15(a). This unopposed Motion is brought within the time period that the Court set in its Scheduling Order for amending the pleadings. *See* Docket Entry 28 (setting the deadline as March 21, 2008).

*[Handwritten margin notes: Plaintiff's Motion Granted. Shall be filed on or before April 7, 2008. No Opposition. Amend Pleading. So Ordered. Charles Brieant USDJ. April 3, 2008]*