Jon T. Hohenthaner (JH 1000)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA, INC.,

    Plaintiff,

- against -

DIGITAL TECHNOLOGY LICENSING LLC,

    Defendant.

Case No.: 07 CV 10436 (CLB)

ECF Case

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jon T. Hohenthaner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Matthew Topic |
| Firm name: | Kirkland & Ellis LLP |
| Address: | 200 East Randolph Drive |
| City/State/Zip: | Chicago, IL 60601 |
| Phone Number | (312) 469-7363 |
| Fax Number: | (312) 861-2200 |

MATTHEW TOPIC is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against MATTHEW TOPIC in any State or Federal court.



Dated: April 2, 2008

New York, New York

                                                     _____
                                                     Jon T. Hohenthaner (JH 1000)

                                                     KIRKLAND & ELLIS LLP
                                                     Citigroup Center
                                                     153 East 53rd Street
                                                     New York, New York 10022-4611
                                                     Telephone:   (212) 446-4800
                                                     Facsimile:    (212) 446-4900

                                                     Attorneys for Plaintiff

ASUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., <br><br> Plaintiff, <br><br> - against - <br><br> DIGITAL TECHNOLOGY LICENSING LLC, <br><br> Defendant. | Case No.:   07 CV 10436 (CLB) <br><br> ECF Case <br><br> **AFFIDAVIT OF JON T. HOHENTHANER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Jon T. Hohenthaner, being duly sworn, hereby deposes and says as follows:

1. I am Jon T. Hohenthaner, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Matthew Topic as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 27, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Applicant is an attorney at Kirkland & Ellis LLP, 200 E. Randolph Dr., Chicago, IL 60601.

4. I have found Matthew Topic to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Matthew Topic, *pro hac vice*.

6. In support of this motion, I submit a Certificate of Good Standing of Matthew Topic, which is attached hereto as Exhibit A.

7. I respectfully submit a proposed order gaining the admission of Matthew Topic, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Matthew Topic, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 2, 2008
New York, New York

_____
Jon T. Hohenthaner

Sworn to before me
the 2nd day of April, 2008

_____
NOTARY PUBLIC

PATRICIA ANN SCHWARTZ
NOTARY PUBLIC, State of New York
No. 01SC4877238
Qualified in Suffolk County
Commission Expires Nov. 24, 2010

-2-

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew Vincent Topic

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, March 28, 2008.

*Juleann Hornyak*
Clerk