Bricant, J. ⊘



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA, INC.,

          Plaintiff,

- against -

DIGITAL TECHNOLOGY LICENSING LLC,

          Defendant.

Case No.:   07 CV 10436 (CLB)

ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Jon T. Hohenthaner, attorney for Motorola, Inc. and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Matthew Topic

    Firm Name:    Kirkland & Ellis LLP

    Address:    200 E. Randolph Dr.

    City / State / Zip:    Chicago, IL 60601

    Telephone / Fax:    (312) 469-7363

    Email Address:    mtopic@kirkland.com

is admitted to practice *pro hac vice* as counsel for Motorola, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: White Plains, NY
April __8__, 2008

✓ SO ORDERED:

_Charles L. Bricant_
United States District Judge
Hon. Charles L. Bricant, USDJ.