### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | Civil Action No. 07-10436 (CLB) (GAY) |
| Plaintiff, Counter-Defendant, | District Judge Charles L. Brieant |
| v. | Magistrate Judge George A. Yanthis |
| DIGITAL TECHNOLOGY LICENSING LLC, | **Appearance** |
| Defendant, Counter-Plaintiff. | ECF Case |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for plaintiff, counter-defendant Motorola, Inc.

I certify that I am admitted to practice in this Court.

Dated: April 23, 2008          Respectfully submitted,

    /s/ Adam M. Greenfield

Adam M. Greenfield
KIRKLAND & ELLIS LLP
200 E. Randolph Dr.
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)
amgreenfield@kirkland.com

*Attorney for Plaintiff Motorola, Inc.*