Stanley S. Zinner
58 South Service Road, Suite 410
Melville, NY 11747
Tel:   631.414.7730
Fax:   631.414.7732

Stephen F. Roth
Jonathan A. David
Steven L. Procaccini
Orville R. Cockings
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  07090-1497
Tel:   908.654.5000
Fax:   908.654.7866

*Attorneys for Defendant Digital Technology Licensing LLC*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC., | : |
| Plaintiff, | : Civil Action No. 07-10436 (CLB)(GAY) |
| v. | : District Judge Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | : [Proposed] ORDER GRANTING AARON S. ECKENTHAL ADMISSION TO APPEAR *PRO HAC VICE* |
| Defendant/Counterclaimant. | : |

The motion for admission to appear *pro hac vice* of Aaron S. Eckenthal in the above-captioned matter is granted.  The admitted attorney Aaron S. Eckenthal is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office.

858702_1.DOC

When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

**SO ORDERED:**

Dated: March 24, 2008  
White Plains, NY

_____  
Charles L. Brieant, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the following documents:

1. NOTICE OF MOTION TO ADMIT AARON S. ECKENTHAL TO PRACTICE *PRO HAC VICE*;

2. AFFIDAVIT OF STEVEN L. PROCACCINI IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*;

3. AFFIDAVIT OF AARON S. ECKENTHAL IN SUPPORT OF DEFENDANT'S MOTION TO APPEAR *PRO HAC VICE*, with Supreme Court Of New Jersey Certificate Of Good Standing For Aaron S. Eckenthal; and

4. [Proposed] ORDER GRANTING AARON S. ECKENTHAL ADMISSION TO APPEAR *PRO HAC VICE*,

is being served upon the following counsel of record this 13th day of March, 2008, as follows:

**VIA FIRST-CLASS MAIL**
Michael I. Cohen, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

*Attorneys for Plaintiff Motorola, Inc.*

_____ (SP 1044)
Steven L. Procaccini

DTL 6.0-006
Civil Action No. 07-10436 (CLB) (GAY)

858967_1.DOC