**ORIGINAL**

Jon T. Hohenthaner (JH 1000)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOROLA, INC.<br><br>        Plaintiff,<br><br>- against -<br><br>DIGITAL TECHNOLOGY LICENSING LLC<br><br>        Defendant. | Case No.:  07 CV 10436 (CLB)<br><br>ECF Case<br><br>**MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jon T. Hohenthaner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Kalpesh ("Kal") K. Shah
    Firm name:    Kirkland & Ellis LLP
    Address:    200 E. Randolph Dr.
    City / State / Zip:    Chicago, IL 60601
    Phone Number:    312-861-3352
    Fax Number:    312-861-2200

Kal K. Shah is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Mr. Shah in any State or Federal court.



-2-

Dated: April 25, 2008

New York, New York

                                      Respectfully submitted,

                                      Jon T. Hohenthaner (JH 1000)

                                      KIRKLAND & ELLIS LLP
                                      Citigroup Center
                                      153 East 53rd Street
                                      New York, New York  10022-4611
                                      Telephone:   (212) 446-4800
                                      Facsimile:    (212) 446-4900

                                      Attorneys for Plaintiff
                                      Motorola, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOROLA, INC.,

                Plaintiff,

- against -

DIGITAL TECHNOLOGY LICENSING LLC,

                Defendant.

Case No.:  07 CV 10436

ECF Case

**AFFIDAVIT OF JON T. HOHENTHANER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

Jon T. Hohenthaner, being duly sworn, hereby deposes and says as follows:

1. I am Jon T. Hohenthaner, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kal K. Shah as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 27, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Applicant is an attorney at Kirkland & Ellis LLP, 200 E. Randolph Dr., Chicago, IL 60601.

4. I have found Kal K. Shah to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Kal K. Shah, *pro hac vice*.

6. In support of this motion, I submit a Certificate of Good Standing for Kal K. Shah, which is attached hereto as Exhibit A.

7. I respectfully submit a proposed order gaining the admission of Kal K. Shah, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Kal K. Shah, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 25, 2008
New York, New York

Respectfully submitted,

_____
Jon T. Hohenthaner

Sworn to before me
the 25th day of April, 2008

_____
NOTARY PUBLIC

PATRICIA ANN SCHWARTZ
NOTARY PUBLIC, State of New York
No. 01SC6177808
Qualified in Suffolk County
Commission Expires Nov. 24, 2010

-2-

## CERTIFICATE OF SERVICE

      I, Joseph J. Cali, the undersigned, certify under penalty of perjury, that on April 25, 2008, I caused a true and correct copy of the attached Notice of Motion for the *Pro Hac Vice* admission of Kal K. Shah, with supporting Affidavit of Jon T. Hohenthaner, with attachments thereto, and proposed order, to be served by overnight mail upon:

Stephen F. Roth<br>
Lerner, David, Littenberg, Krumholz & Mentlik, LLP<br>
600 South Avenue West<br>
Westfield, NJ 07090-1497

Dated: April 25, 2008

_____
Joseph J. Cali

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kalpesh K. Shah

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, April 11, 2008.

*Juleann Hornyak*
Clerk