UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MOTOROLA, INC., | : |
| Plaintiff, | : Civil Action No. 07-10436 (CLB)(GAY) |
| v. | : District Judge Charles L. Brieant |
| DIGITAL TECHNOLOGY LICENSING LLC, | : |
| Defendant/Counterclaimant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having been settled pursuant to a written Settlement Agreement between plaintiff Motorola, Inc. and defendant/counterclaimant Digital Technology Licensing LLC, and the undersigned counsel for the parties having herein consented to a dismissal of all of their claims and counterclaims and the within action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**IT IS** herein stipulated that the within action and claims and counterclaims of the parties are dismissed with prejudice and each party shall bear its own costs and attorneys' fees.

*For Plaintiff Motorola, Inc*

KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, Illinois 60601
Tel: 312.861.2000
Fax: 312.861.2200

By: /s/ Paul Collier
PAUL COLLIER

Dated: 7-24-08

*For Defendant/Counterclaimant Digital Technology Licensing LLC*

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 7090-1497
Tel: 908.654.5000
Fax: 908.654.7866

By: /s/ Stephen F. Roth
STEPHEN F. ROTH

Dated: 7/23/08

Execution Copy

So ordered.
/s/ 7/28/08